UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TREVOR GRIFFITH,

                Plaintiff,             <u>ORDER</u>

                                                  02-CV-6096L

        v.

DONALD SELSKY, Director of Special Housing Unit,
et al.,

                Defendants.
_____

    By Writ of Habeas Corpus, issued December 6, 2005, to Dale Artus, Superintendent, Clinton Correctional Facility, the Department of Corrections was ordered to produce inmates Charles Lineberger, No. 98A1949, and Anthony Flowers, No. 92B1826, to the United States District Court for the Western District of New York, on January 24, 2006, to participate as a witness in the above-referenced trial.

    The trial continues and the witnesses must be produced on January 25, 2006, and until released by the Court each day at 8:00 a.m. at the United States Courthouse, Rochester, New York. On information and belief, both witnesses, Lineberger and Flowers, are housed, temporarily, at the Attica Correctional Facility for transportation to the court. All other conditions of the original writs remain in full force and effect.

    IT IS SO ORDERED.

                                             _____
                                             DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
       January 24, 2006.